IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> ALBERTO CRUZ <br> JACQUELINE ROSADO AVILA <br><br> xx-xx-0644 <br> xx-xx-9904 <br><br> Debtor(s) | CASE NO. 22-03151-ESL13 <br> Chapter 13 <br><br><br><br><br> FILED & ENTERED ON JAN/18/2023 |

ORDER CONTINUING INITIAL CONFIRMATION HEARING

After considering the particular circumstances of this case as of this date, and considering that the 341 meeting of creditors has been continued to a date after the scheduled Initial Confirmation Hearing (ICH), the ICH is continued without a date.

If the Chapter 13 trustee recommends confirmation after the 341 meeting of creditors and there are no objections, the Chapter 13 plan may be confirmed. However, if the trustee files an unfavorable report on confirmation, the Debtor(s) shall reply to the same within 14 days. Upon failure to timely reply, confirmation will be denied, and the provisions in PR LBR 3015-3(g) shall become applicable.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of January, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge